# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-40886
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

September 4, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

V.

CARLOS HUMBERTO FLORES-KING,

Defendant-Appellant

Appeal from the United States District Court
For the Southern District of Texas
USDC No. 7:12-CR-1456

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Carlos Humberto Flores-King has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). In response, Flores-King has filed a motion for appointment of substitute counsel and a Spanish-speaking interpreter.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-40886

Because Flores-King has completed the confinement portion of his sentence and has evinced a desire to appeal only his sentence, his appeal is now moot. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 382 (5th Cir. 2007); c*f United States v. Villanueva-Diaz*, 634 F.3d 844, 848-849 (5th Cir. 2011). Accordingly, the appeal is DISMISSED as moot. Counsel's motion to withdraw and Flores-King's motion for appointment of substitute counsel and a Spanish-speaking interpreter are DENIED as unnecessary.